UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNE M. ROYER,<br>        Plaintiff<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF<br>    MASSACHUSETTS, INC.,<br>BLUE CROSS BLUE SHIELD<br>LONG TERM DISABILITY BENEFIT PLAN a/k/a<br>OMNIBUS WELFARE BENEFITS PLAN,<br>KEMPER NATIONAL SERVICES, INC.,<br>BROADSPIRE SERVICES, INC., and<br>SHELDON MYERSON, MD,<br>        Defendants | )<br>)<br>)<br>)   No: 05-CV-10448-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>PLAINTIFF, JOANNE M. ROYER'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(D)(3)</u>

     Pursuant to the requirements of this Court, the undersigned have conferred by telephone on or about Monday, April 11, 2005, in the morning to discuss: (1) the budget for the costs of conducting the full course — and various alternative courses — of litigation; and (2) the resolution of the litigation through the use of Alternative Dispute Resolution Programs as outlined in Local Rule 16.4.

     Signed under the pains and penalties of perjury to the best of the present personal knowledge, information, understanding and belief of the undersigned whose names and addresses are set forth below, effective the month, day and year also set forth below.

| The Plaintiff<br>By her attorney<br><br>_____<br>BERNARD A. KANSKY, ESQ.<br>MA BBO #258040/FED ID #28209<br>KANSKY & ASSOCIATES<br>468 COMMERCIAL STREET #100<br>BOSTON, MA 02109-1020<br>(617/227-2020 FAX 617/227-5717)<br>Dated: April 14, 2005 | By the Plaintiff,<br><br>_____<br>JOANNE M. ROYER<br>76 JOSEPH ROAD<br>BRAINTREE, MA 02184<br><br><br><br><br>Dated: April 14, 2005 |