**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Civil Action No.:  05-10448-GAO**

| | |
|---|---|
| JOANNE M. ROYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BLUE CROSS BLUE SHIELD | ) |
| OF MASSACHUSETTS, INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendants Blue Cross and Blue Shield of Massachusetts, Inc., and Blue Cross and Blue Shield of Massachusetts, Inc. Omnibus Welfare Benefit Plan in the above-captioned matter.

/s/  Joseph Halpern
Joseph D. Halpern, BBO # 544789
Blue Cross and Blue Shield of
  Massachusetts, Inc.
Law Department
Landmark Center, 401 Park Drive
Boston, MA  02115
(617) 246-3500
joseph.halpern@bcbsma.com