UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:  05-10448-GAO

| | |
|---|---|
| JOANNE M. ROYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BLUE CROSS BLUE SHIELD | ) |
| OF MASSACHUSETTS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), Blue Cross and Blue Shield of Massachusetts, Inc. states that it is a nonprofit hospital and medical services corporation organized as a charitable organization under M.G.L. cc. 176A and 176B.  It has no parent and issues no stock.

/s/  Joseph Halpern
Joseph D. Halpern, BBO # 544789
Blue Cross and Blue Shield of
  Massachusetts, Inc.
Law Department
Landmark Center, 401 Park Drive
Boston, MA  02115
(617) 246-3500
joseph.halpern@bcbsma.com