UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.:  05-10448-GAO

_____
JOANNE M. ROYER,                            )
                                            )
       Plaintiff,                           )
                                            )
       v.                                   )
                                            )
BLUE CROSS BLUE SHIELD                      )
OF MASSACHUSETTS, INC., et al.              )
                                            )
       Defendants.                          )
_____ )

**BLUE CROSS'S MOTION TO DISMISS**

      Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendants Blue Cross and Blue Shield of Massachusetts, Inc. and Blue Cross and Blue Shield of Massachusetts, Inc. Omnibus Welfare Benefit Plan (jointly, "Blue Cross") move to dismiss Count V in the Second Amended Complaint ("Complaint") filed by plaintiff JoAnne Royer ("Royer").  In Count V, Ms. Royer asserts a claim for sanctions under the Health Insurance Portability and Accountability Act ("HIPAA").  HIPAA does not create or imply a private right of action.  Therefore, this Court lacks subject matter jurisdiction over Count V and Count V fails to state a claim upon which relief may be granted.

    Blue Cross relies on its supporting memorandum, filed herewith.

    Wherefore, the Court should grant Blue Cross's motion to dismiss.

BLUE CROSS REQUESTS ORAL ARGUMENT ON ITS MOTION.

By Their Attorneys,

/s/  Joseph Halpern
Joseph D. Halpern, BBO #544789
Blue Cross and Blue Shield of
Massachusetts, Inc.
Landmark Center, 401 Park Drive
Boston, MA  02115
(617-246-3500)
joseph.halpern@bcbsma.com

2