# UNITED STATES DISTRICT COURT

District of _MASSACHUSETTS_

JOANNE M. ROYER, Plaintiff

V.

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC.,
BLUE CROSS BLUE SHIELD LONG-TERM DISABILITY
BENEFIT PLAN a/k/a
OMNIBUS WELFARE BENEFITS PLAN,
KEMPER NATIONAL SERVICES, INC.,
BROADSPIRE SERVICES, INC. and
SHELDON MYERSON, M.D.,
         Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 - 10448 GAO**

TO: (Name and address of Defendant)

Blue Cross Blue Shield of Massachusetts, Inc.
Landmark Office Center
401 Park Dr.
Boston, MA 02215

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BERNARD A. KANSKY, ESQ.
KANSKY & ASSOCIATES
468 Commercial Street - #100
Boston, MA 02109-1020

an answer to the complaint which is herewith served upon you, within ____-20-____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_Gina Edge_

(By) DEPUTY CLERK

5/19/05

DATE

JUNE 27, 2005

# QUICKSERV
### ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day SERVED the within named*   BLUE CROSS BLUE
                                        SHIELD OF MASSACHUSETTS, INC.

*by delivering to*            DARRYL HARRIS, LEGAL DEPT., 12:50 PM

**X**   *in hand*

No.    401 PARK DRIVE
*in the*  BOSTON          *District of said*  SUFFOLK        *County an attested*
*copy of the* SUMMONS AND SECOND AMENDED COMPLAINT TO RECOVER ERISA SHORT-TERM DISABILITY AND ERISA LONG-TERM DISABILITY BENEFITS; REQUEST FOR PRELIMINARY INJUNCTION, REQUEST FOR A DE NOVO STANDARD FO REVIEW AND SANCTIONS WITH CLAIM FOR TRIAL BY JURY

*Service and travel      28*

it being necessary I actually used a
motor vehicle in the distance of
10    miles in the service of
this process

_____
Process Server