# UNITED STATES DISTRICT COURT

District of _____
MASSACHUSETTS

JOANNE M. BOYER, Plaintiff

V.

BLUE CROSS BLUE SHIELD OF MASSACHUSETTS, INC.,
BLUE CROSS BLUE SHIELD LONG-TERM DISABILITY
BENEFIT PLAN a/k/a
OMNIBUS WELFARE BENEFITS PLAN,
KEMPER NATIONAL SERVICES, INC.,
BROADSPIRE SERVICES, INC. and
SHELDON MYERSON, M.D.,
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 - 10448 GAO**

TO: (Name and address of Defendant)

KEMPER NATIONAL SERVICES, INC.
Blue Cross Blue Shield of Mass. Claims Unit
PO Box 189151
Plantation, FL 33318-9151 a/k/a

1601 SW 80th Terrace
Plantation, FL 33318

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BERNARD A. KANSKY, ESQ.
KANSKY & ASSOCIATES
468 Commercial Street - #100
Boston, MA 02109-1020

an answer to the complaint which is herewith served upon you, within ___-20-___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                          5/19/05
CLERK
_____
(By) DEPUTY CLERK

JUNE 27, 2005

# *QUICKSERV*
### ALLSTATE PROCESS SERVERS

### RETURN OF SERVICE

*I this day SERVED the within named*   KEMPER NATIONAL
                                                             SERVICES, INC.
                                                             C/O CT CORP.

*by delivering to*                                YVETTE CONCEPTION, PROCESS CLERK,
                                                      9:05 AM

**X**   *in hand*

*No.*   101 FEDERAL STREET
*in the*   BOSTON   *District of said*   SUFFOLK   *County an attested*
*copy of the* SUMMONS AND SECOND AMENDED COMPLAINT

*Service and travel*   28                    *it being necessary I actually used a*
                                                       *motor vehicle in the distance of*
                                                       10   *miles in the service of*
                                                       *this process*

                                                       _____
                                                       Process Server