UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-10448-GAO

| | |
|---|---|
| JOANNE M. ROYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BLUE CROSS BLUE SHIELD | ) |
| OF MASSACHUSETTS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

RULE 7.1 CERTIFICATE

    Undersigned counsel certifies that on July 8, 2005, he conferred with Bernard Kansky, counsel for plaintiff, in an attempt to narrow or resolve the issues raised by the Motion to Dismiss and the Motion to Strike filed by Blue Cross and Blue Shield of Massachusetts, Inc., and Blue Cross and Blue Shield of Massachusetts, Inc. Omnibus Welfare Benefit Plan in the above-captioned matter.

/s/ Joseph Halpern
Joseph D. Halpern, BBO # 544789
Blue Cross and Blue Shield of
  Massachusetts, Inc.
Law Department
Landmark Center, 401 Park Drive
Boston, MA 02115
(617) 246-3500
joseph.halpern@bcbsma.com