IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNE M. ROYER,<br><br>                Plaintiff,<br>v.<br><br>BLUE CROSS BLUE SHIELD OF<br>MASSACHUSETTS, INC., BLUE CROSS<br>BLUE SHIELD LONG-TERM<br>DISABILITY BENEFIT PLAN, a/k/a<br>OMNIBUS WELFARE BENEFITS<br>PLAN, KEMPER NATIONAL<br>SERVICES, INC., BROADSPIRE<br>SERVICES, INC., AND SHELDON<br>MYERSON, MD.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO:<br>)  NO: 05-CV-10448-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO ADMIT ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and the attached Affidavit and Certificate of Go[od] Standing, the undersigned counsel moves the admission *pro hac vice* of David F. Schm[idt,] Esquire (the "Admittee"), of the law firm of Chittenden, Murday & Novotny LLC, 303 W[est] Madison Street, Suite 1400, Chicago, Illinois 60606. The Admittee will be representing [the] following defendants: Blue Cross Blue Shield Long-Term Disability Benefit Plan, a/[k/a] Omnibus Welfare Benefits Plan, Kemper National Services, Inc., Broadspire Services, Inc. a[nd] Sheldon Myerson, M.D. in the above-entitled case.

Plaintiff's counsel Bernard A. Kansky has advised the undersigned that he has [no] opposition to this motion.

                                  Respectfully submitted,

DATED: September 26, 2005              /s/ E. S. Rooney, Jr.
                                        Edward S. Rooney, Jr.
                                        BBO No. 426840
                                        ECKERT SEAMANS CHERIN
                                        & MELLOTT, LLC
                                        One International Place, 18th Floor
                                        Boston, MA  02110
                                        (617) 342-6800

OF COUNSEL:

David F. Schmidt
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, IL  60606
312-281-3600

### CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by regular mail this 26th day of September, 2005.

                                          /s/ E. S. Rooney, Jr.
                                          Edward S. Rooney, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNE M. ROYER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO: |
| BLUE CROSS BLUE SHIELD OF | ) NO: 05-CV-10448-GAO |
| MASSACHUSETTS, INC., BLUE CROSS | ) |
| BLUE SHIELD LONG-TERM | ) |
| DISABILITY BENEFIT PLAN, a/k/a | ) |
| OMNIBUS WELFARE BENEFITS | ) |
| PLAN, KEMPER NATIONAL | ) |
| SERVICES, INC., BROADSPIRE | ) |
| SERVICES, INC., AND SHELDON | ) |
| MYERSON, M.D., | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT**

I, David F. Schmidt, being first duly sworn and under oath state that I am fully famili[ar] with the facts set forth herein, and would competently and truthfully testify the same if call[ed] upon to do so at deposition or at trial.

1. My name is David F. Schmidt.

2. I am admitted to practice before the Supreme Court of the State of Illinois, [the] District Courts for Northern, Central and Southern Districts of Illinois, the Northern a[nd] Southern Districts of Indiana, the Northern, Eastern and Southern Districts of Texas and [the] Eastern District of Michigan and the Courts of Appeal for the Sixth, Seventh and Eleve[nth] Circuits.

3. I am a member in good standing in every jurisdiction where I have been admitte[d] to practice.

4. There are no disciplinary proceedings pending against me as a member of the b[ar] in any jurisdiction.

5.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

*(signature)*
David F. Schmidt

Subscribed and sworn to before me
this 20th day of September, 2005.

*(signature)*
Notary Public

"OFFICIAL SEAL"
Kim M. Syverson
Notary Public, State of Illinois
My Commission Exp. 07/07/2008

O:\KE1150\40531 royer\PLDGS\Affidavit.doc



# Certificate of Good Standing

## United States District Court for the Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify that

David Faulkner Schmidt

was duly admitted to practice in this Court on    December 20, 1990

and is currently in good standing as a member of the bar of this Court

Dated at Chicago on          Michael W. Dobbins, Clerk of Court

August 9, 2005              *Esperanza Arnold*
                      by   Esperanza Arnold
                           Deputy Clerk