IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNE M. ROYER,<br>    Plaintiff<br><br>V.<br><br>BLUE CROSS BLUE SHIELD<br>    OF MASSACHUSETTS, INC.,<br>BLUE CROSS BLUE SHIELD<br>LONG-TERM DISABILITY BENEFIT<br>PLAN, a/k/a OMNIBUS WELFARE<br>BENEFITS PLAN<br>KEMPER NATIONAL SERVICES, INC.,<br>BROADSPIRE SERVICES, INC., and<br>SHELDON MYERSON, MD.,<br>    Defendants | **CIVIL ACTION NO:**<br>**NO: 05-CV-10448-GAO** |

**PLAINTIFF'S MOTION FOR EXPEDITED SCHEDULING CONFERENCE**

Now comes the Plaintiff in the above entitled matter and moves the court for an expedited scheduling conference so that this case may proceed promptly to the next stage and toward findings of fact, rulings of law, a judgment and a memorandum in support of any judgment entered by the court.

**LOCAL RULE 7.1(B)(3)**

Counsel for the Plaintiff has conferred with each of the opposing counsel before filing this motion and none expressed any opposition.

*Waiver of ECF is hereby temporarily required and requested.*

Dated: September 28, 2005                    The Plaintiff By Her Attorney:

BERNARD A. KANSKY, ESQ.
MA BBO # 258040 FED #28209
KANSKY & ASSOCIATES
468 COMMERCIAL ST #100
BOSTON, MA 02109-1020
(617) 227-2020/Fax (617) 227-5717
Berakan@aol.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon opposing counsel of record i.e. to wit: Edward S. Rooney, Jr. Esq., BBO No. 426840, Eckert Seamans Cherin & Mellott, LLC One International Place, 18th Floor, Boston, MA 02110, (617) 342-6800/ Fax (617) 342-6899; and to David F. Schmidt, Esq., Chittenden, Murday & Novotny, LLC., 303 West Madison Street, Suite # 1400, Chicago, IL 60606, (312) 281-3600/ Fax (312) 281-3678 and to Joseph D. Halpern, Esq., Blue Cross Blue Shield of MA, Inc., 401 Park Drive, Boston, MA 02215, (617) 246-3500/ Fax (617) 246-3550 by facsimile transmission and by postage prepaid first-class mail on the month, day and year set forth below.

Dated: September 28, 2005

BERNARD A. KANSKY, ESQ. COUNSEL FOR
THE PLAINTIFF, JOANNE M. ROYER