IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNE M. ROYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: |
| ) | NO: 05-CV-10448-GAO |
| BLUE CROSS BLUE SHIELD OF ) | |
| MASSACHUSETTS, INC., BLUE CROSS ) | |
| BLUE SHIELD LONG-TERM ) | |
| DISABILITY BENEFIT PLAN, a/k/a ) | |
| OMNIBUS WELFARE BENEFITS ) | |
| PLAN, KEMPER NATIONAL ) | |
| SERVICES, INC., BROADSPIRE ) | |
| SERVICES, INC., AND SHELDON ) | |
| MYERSON, MD., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## LOCAL RULE 16.1 (D) (3) CERTIFICATION

The undersigned, as counsel for defendant Broadspire Services, Inc., and as an authorized representative of said defendant, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses, of the litigation and have considered resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Eric Myers

_____
Edward S. Rooney, Jr., BBO No. 426840
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Phone: (617) 342-6800
Fax:   (617) 342-6899

{K0313557.1} 1

David F. Schmidt
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, IL 60606
312-281-3600

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by ~~regular mail, postage prepaid~~, this 15th day of November, 2005. HAND DELIVERY

E. S. Rooney Jr.
Edward S. Rooney, Jr.

{K0313557.1}2