**Kansky & Associates**
ATTORNEYS AT LAW

THE CONSTITUTION WHARF BUILDING
468 COMMERCIAL STREET

*Boston, Massachusetts 02109-1020*

BERNARD A. KANSKY, ESQ.

(617) 227-2020   TELECOPIER (617) 227-5717

January 19, 2006

Gina Edge, Docket Clerk for
The Honorable George A. O'Toole, Jr.
Suite 4710
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02110

Re:   Joanne M. Royer
Vs:   Blue Cross and Blue Shield of Massachusetts, Inc., et al
No:   05-10448-GAO

Dear Ms. Edge:

With regard to the above matter, enclosed herewith for filing are the following:

1. Plaintiff's Motion for Summary Judgment

2. Affidavit of Plaintiff in Support of Motion for Summary Judgment

3. Memorandum in Support of Motion for Summary Judgment

*Plaintiff requests waiver of electronic filing.*

Very truly yours,

BERNARD A. KANSKY
BAK/jt
Enclosures

cc:   Joseph D. Halpern, Esq
cc:   Edward S. Rooney, Jr., Esq.
cc:   David F. Schmidt, Esq.