IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2006 FEB 21  P 1:50
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOANNE M. ROYER,<br>Plaintiff<br><br>V.<br><br>BLUE CROSS BLUE SHIELD<br>    OF MASSACHUSETTS, INC.,<br>BLUE CROSS BLUE SHIELD<br>LONG-TERM DISABILITY BENEFIT<br>PLAN, a/k/a OMNIBUS WELFARE<br>BENEFITS PLAN<br>KEMPER NATIONAL SERVICES, INC.,<br>BROADSPIRE SERVICES, INC., and<br>SHELDON MYERSON, MD.,<br>    Defendants | CIVIL ACTION NO:<br>NO: 05-CV-10448-GAO |

**PLAINTIFF'S OBJECTION TO THE COURT'S ALLOWANCE OF THE DEFENDANTS, KEMPER NATIONAL SERVICES, INC. ("KNS'), BROADSPIRE SERVICES, INC. ("BROADSPIRE") AND SHELDON MEYERSON, M.D. ("DR. MEYERSON")'S MOTIONS TO DISMISS COUNTS I AND II OF THE PLAINTIFF'S SECOND AMENDED COMPLAINT AS TO EACH OF THEM.**

Now comes the Plaintiff in the above matter and does hereby object to the dismissal of Counts I and II as to the Defendants, "KNS," "Broadspire," and "Dr. Meyerson,"on the basis that a claims administrator and its servants and or agents are properly named defendants in a claim for short term and long term disability benefits inasmuch as this Plaintiff will be unduly prejudiced by same in the pursuit of both her long term and the balance of the short term disability benefits due her, especially given that one or more of the parties responsible for determining entitlement to and/or payment of those benefits are not fixed but can and do often switch from time to time, during the course of the various aspects of the dual claim periods, especially as evidenced in this action, wherein "KNS," began the handling of the short term disability benefits and then was succeeded by "Broadspire."

-2-

The ERISA process is sufficiently complex so that the claimant, an 18 year employee and her counsel should not have to second guess who is or was in control at any time during the transition from "KNS," to "Broadspire," and in part, in the control by the conduct of "Dr. Meyerson," as well as who is or may be in control during the transition from the claim of short term disability benefits to long term disability benefits.

Therefore, please timely note the Plaintiff's formal objection to the court's dismissal of Counts I and II as to the Defendants, Kemper, Broadspire and Dr. Meyerson.

Dated: February 17, 2006

The Plaintiff, JoAnne M. Royer
By Her Attorney:

s/
BERNARD A. KANSKY, ESQ.
MA BBO # 258040/FED #28209
KANSKY & ASSOCIATES
468 COMMERCIAL ST # 100
BOSTON, MA 02109-1020
(617) 227-2020/Fax (617) 227-5717
Berakan@aol.com