IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 FEB 21  P 1:50

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOANNE M. ROYER,<br>Plaintiff<br><br>V.<br><br>BLUE CROSS BLUE SHIELD<br>  OF MASSACHUSETTS, INC.,<br>BLUE CROSS BLUE SHIELD<br>LONG-TERM DISABILITY BENEFIT<br>PLAN, a/k/a OMNIBUS WELFARE<br>BENEFITS PLAN<br>KEMPER NATIONAL SERVICES, INC.,<br>BROADSPIRE SERVICES, INC., and<br>SHELDON MYERSON, MD.,<br>         Defendants | CIVIL ACTION NO:<br>NO: 05-CV-10448-GAO |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED/SUPPLEMENTARY MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff in the above matter and moves the court for leave to file an amended/supplementary Motion For Summary Judgment and supporting affidavits and memorandum in support thereof and as grounds therefor, says as follows.

1. The filing of the Plaintiff's Motion For Summary Judgment was the result of a misunderstanding that the date for the filing for the parties' Motions For Summary Judgment was January 19, 2006, when in actuality there were scheduled hearings on the Defendants' motions as follows: **(a)** the Defendants' Motions To Dismiss Counts I and II as to Kemper, Broadspire and Dr. Meyerson, **(b)** the Defendants' Motions to Strike the Claim for Trial By Jury; **(c)** the Defendants' Motion to Strike Counts III as to the Defendants, Kemper, Broadspire and Dr. Myerson; **(d)** the Defendants' Motion To Strike Counts IV and V of the Plaintiff's Second Amended Complaint; and **(e)** the Defendant, Blue Cross Blue Shield's Motion to Strike the Jury Claim of the Plaintiff (brought by the Plaintiff on the grounds of other contractual bases including but not limited to the Plaintiff seeking to have her employer reinstate life insurance and dental

insurance previously provided by the Defendant-Employer, Blue Cross and Blue Shield.).

In an effort to return to the tracking order, the Plaintiff moves the court for leave to file an Amended/Supplemental Motion For Summary Judgment accordingly on or shortly before the date ordered by the court i.e. to wit: **April 4, 2006** and that replies to said Summary Judgment Motions to be filed as ordered by the court by no later than **May 5, 2006** with any further reply responses to be filed as ordered by the court by no later than **May 19, 2006**.

2. The Plaintiff through her counsel says that this would restore a measure of order and continuity to the tracking order, the established timetables and to the flow of the proceedings which had been interrupted and superceded by the unexpected events of January 19, 2006. In addition and most importantly, the orderliness so restored would be in the best interests of all.

### CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

Counsel for the Plaintiff conferred with Defendant counsel on concerning the issues presented by this motion and have attempted without success to resolve or narrow the issues.

WHEREFORE, the Plaintiff moves the court for leave to file an amended and/or supplemental Motion For Summary Judgment, along with appurtenant affidavits and memoranda, pursuant to the tracking order of November 15, 2005, by on or shortly before April 3, 2006.

### REQUEST FOR ORAL ARGUMENT

Counsel for the Plaintiff believes that oral argument may assist the court and wishes to be heard and therefore doe hereby request oral argument.

-3-

Dated: February 17, 2006

The Plaintiff, JoAnne M. Royer
By Her Attorney:

s/
BERNARD A. KANSKY, ESQ.
MA BBO # 258040/FED #28209
KANSKY & ASSOCIATES
468 COMMERCIAL ST # 100
BOSTON, MA 02109-1020
(617) 227-2020/Fax (617) 227-5717
Berakan@aol.com