IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNE M. ROYER,  )<br>    Plaintiff  )<br>  )<br>V.  )<br>  )<br>BLUE CROSS BLUE SHIELD  )<br>    OF MASSACHUSETTS, INC.,  )<br>BLUE CROSS BLUE SHIELD  )<br>LONG-TERM DISABILITY BENEFIT  )<br>PLAN, a/k/a OMNIBUS WELFARE  )<br>BENEFITS PLAN  )<br>KEMPER NATIONAL SERVICES, INC.,  )<br>BROADSPIRE SERVICES, INC., and  )<br>SHELDON MYERSON, MD.,  )<br>    Defendants  ) | **CIVIL ACTION NO:**<br>**NO: 05-CV-10448-GAO** |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND THE TIME FOR FILING RESPONSE TO THE DEFENDANTS' MOTION TO DISMISS THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, SUBJECT TO APPROVAL OF THE COURT**

Now comes the Plaintiff in the above matter, JoAnne M. Royer, and says that by reason of unexpected and unforeseen obligations and commitments of her attorney as well as his having had his high speed internet service disrupted from March 14, 2006 to the present, most likely by a Norton Virus, he has requested and has obtained the assent of opposing counsel to address the Defendants' Motion to Dismiss the Plaintiff's Motion For Summary Judgment, for up to two (2) weeks, up to and including April 17, 2006, subject to the approval of this court.

This is the Plaintiff's first request for any continuance to address this motion of the Defendants.

Counsel for the Defendants were today contacted by undersigned counsel for the Plaintiff and today, Friday, March 31, 2006, did hereby assent to same.

WHEREFORE, the Plaintiff by her undersigned attorney moves the court for an extension of time within which to file her response to the Defendants' Motion To Dismiss her Motion For Summary Judgement to up to and including Monday, April 17, 2006.

Dated: March 31, 2006

The Plaintiff, JoAnne M. Royer
By Her Attorney:
`

*s/ Bernard A. Kansky, Esq,*

BERNARD A. KANSKY, ESQ.
MA BBO # 258040/ FED #28209
KANSKY & ASSOCIATES
468 COMMERCIAL ST #100
BOSTON, MA 02109-1020
(617) 227-2020/FAX (617) 227-5717
BERAKAN@AOL.COM