IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNE M. ROYER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | CIVIL ACTION NO: |
| BLUE CROSS BLUE SHIELD OF ) | NO: 05-CV-10448-GAO |
| MASSACHUSETTS, INC., BLUE CROSS ) | |
| BLUE SHIELD LONG-TERM ) | |
| DISABILITY BENEFIT PLAN, a/k/a ) | |
| OMNIBUS WELFARE BENEFITS ) | |
| PLAN, KEMPER NATIONAL ) | |
| SERVICES, INC., BROADSPIRE ) | |
| SERVICES, INC., AND SHELDON ) | |
| MYERSON, MD., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO ADMIT ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 and the attached Affidavit and Certificate of Admission to the Bar of Illinois, the undersigned counsel moves the admission *pro hac vice* of Jeremy J. Glenn, of the law firm of Meckler, Bulger & Tilson, LLP, 123 North Wacker Drive, Suite 1800, Chicago, Illinois 60606. Mr. Glenn will be representing the following defendants: Blue Cross Blue Shield Long-Term Disability Benefit Plan, a/k/a Omnibus Welfare Benefits Plan, Kemper National Services, Inc., Broadspire Services, Inc. and Sheldon Myerson, M.D. in the above-entitled case.

Plaintiff's counsel Bernard A. Kansky has advised the undersigned that he has no opposition to this motion.

                              Respectfully submitted,

DATED: June 27, 2006              /s/ Edward S. Rooney, Jr.
                                       Edward S. Rooney, Jr.
                                       BBO No. 426840
                                       ECKERT SEAMANS CHERIN
                                       & MELLOTT, LLC
                                       One International Place, 18th Floor
                                       Boston, MA  02110
                                       (617) 342-6800

OF COUNSEL:

Michael Leonard, Esq.
Michael.leonard@mbtlaw.com
Rachel Urquhart, Esq.
Rachel.urquhart@mbtlaw.com
Jeremy J. Glenn, Esq.
Jeremy.glenn@mbtlaw.com
MECKLER, BULGER & TILSON, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL  60606
312-474-7900

M:\11096\pleading\pro hac vice JJG.doc

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 6/27/06
By: E. S. Rooney Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNE M. ROYER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BLUE CROSS BLUE SHIELD OF )<br>MASSACHUSETTS, INC.; BLUE CROSS BLUE )<br>SHIELD LONG-TERM DISABILITY BENEFIT )<br>PLAN, a/k/a OMNIBUS WELFARE BENEFITS )<br>PLAN; KEMPER NATIONAL SERVICES, INC.; )<br>BROADSPIRE SERVICES, INC.; and )<br>SHELDON MYERSON, M.D., )<br>)<br>)<br>Defendants. ) | Civil Action No:<br>05-CV-10448-GAO |

### AFFIDAVIT

I, Jeremy J. Glenn, being first duly sworn, under oath state that I am fully familiar with the facts set forth herein, and would competently and truthfully testify to the same if called upon to do so at deposition or trial.

1. My name is Jeremy J. Glenn.

2. I am admitted to practice before the U.S. Court of Appeals for the Seventh and Third Circuits and the U.S. District Court for the Northern District of Illinois.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

*Jeremy J. Glenn*

SUBSCRIBED AND SWORN to before me this 26th day of June 2006.

*Notary Public*

M:\11096\pleading\affidavit JJG.doc

"OFFICIAL SEAL"
M T Murphy
Notary Public, State of Illinois
My Commission Expires April 24, 2010

2

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Jeremy J. Glenn

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 1997 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, May 01, 2006.

*Juleann Hornyak*
Clerk