IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNE M. ROYER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CIVIL ACTION NO: |
| BLUE CROSS BLUE SHIELD OF | ) NO: 05-CV-10448-GAO |
| MASSACHUSETTS, INC., BLUE CROSS | ) |
| BLUE SHIELD LONG-TERM | ) |
| DISABILITY BENEFIT PLAN, a/k/a | ) |
| OMNIBUS WELFARE BENEFITS | ) |
| PLAN, KEMPER NATIONAL | ) |
| SERVICES, INC., BROADSPIRE | ) |
| SERVICES, INC., AND SHELDON | ) |
| MYERSON, MD., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2, I, David F. Schmidt, of the law firm of Chittenden, Murday & Novotny LLC, hereby withdraw my appearance as counsel for defendants Blue Cross Blue Shield Long-Term Disability Benefit Plan, a/k/a Omnibus Welfare Benefits Plan, Kemper National Services, Inc., Broadspire Services, Inc. and Sheldon Myerson, M.D. ("Defendants"), in the above-entitled case.

Defendants will continue to be represented by Edward S. Rooney, Jr. of the law firm Eckert Seamans Cherin & Mellott LLC.

There are no motions pending before the court.

No trial date has been set.

I am informed and believe that a mediation conference has been scheduled for June 29, 2006 before Magistrate Judge Dein. I am further informed and believe that Defendants will be

represented at this mediation by an attorney from the law firm of Meckler, Bulger & Tilson, LLP

of Chicago, Illinois, who has been admitted *pro hac vice*.

Plaintiff's counsel Bernard A. Kansky has advised local counsel Edward S. Rooney, Jr.

that he has no opposition to my withdrawing from the case on behalf of the Defendants.

Respectfully submitted,

DATED:  June 27, 2006

/s/ David F. Schmidt
David F. Schmidt (*Pro Hac Vice*)
303 West Madison Street
Suite 1400
Chicago, IL 60606
Tel.:  (312) 281-3600
Fax:  (312) 281-3678
E-mail:  dschmidt@cmn-law.com

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the
ECF system will be sent electronically to the registered
participants as identified on the Notice of Electronic Fil-
ing (NEF) and paper copies will be sent to those indi-
cated as non-registered participants on __6/27/06__
By: Z. D. Rooney Jr.