UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOANNE M. ROYER, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-10448-GAO |
| | ) | |
| BLUE CROSS BLUE SHIELD, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**REPORT RE: REFERENCE FOR
<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE O'TOOLE

[  ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On   June 29, 2006  , I held the following ADR proceeding:

   _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION

   __X__ MEDIATION     _____ SUMMARY BENCH/JURY TRIAL

   _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]   Settled. Your clerk should enter a 60-day order of dismissal.

[  ]   There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[  ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[  ]   Suggested strategy to facilitate settlement:

_____
_____

                   / s / Judith Gail Dein
                   Judith Gail Dein, U.S. Magistrate Judge
DATED:  June 29, 2006          ADR Provider