IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNE M. ROYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION |
| BLUE CROSS BLUE SHIELD OF | ) NO. 05—10448—GAO |
| MASSACHUSETTS, INC., BLUE CROSS | ) |
| BLUE SHIELD LONG-TERM DISABILITY | ) |
| BENEFIT PLAN, a/k/a OMNIBUS | ) |
| WELFARE BENEFITS PLAN, KEMPER | ) |
| NATIONAL SERVICES, INC., | ) |
| BROADSPIRE SERVICES, INC., AND | ) |
| SHELDON MYERSON, MD., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## AGREED STIPULATION TO DISMISS ALL CLAIMS

Plaintiff Joanne M. Royer and defendants Blue Cross Blue Shield of Massachusetts, Inc.,

Blue Cross Blue Shield Long-Term Disability Benefit Plan, a/k/a Omnibus Welfare Benefits

Plan, Kemper National Services, Inc., Broadspire Services, Inc. and Sheldon Myerson, M.D.

hereby jointly and collectively stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal with

prejudice of all claims in this litigation, all matters in controversy for which this action was

brought having been fully settled and compromised, with each party to bear its own attorneys'

fees and costs and judgment entered in favor of no party.

By:    s/ Bernard A. Kansky
**Attorneys for Joanne M. Royer**

Bernard A. Kansky, Esq.
Kansky & Associates
468 Commercial Street, #100
Boston, MA 02109-1020
Tel: (617) 227-2020
Fax: (617) 227-5717

By:    s/ Joseph D. Halpern
**Attorneys for Blue Cross Blue
Shield of Massachusetts, Inc.**

Joseph D. Halpern
Blue Cross Blue Shield Law Dept.
401 Park Drive
Boston, MA 02215
Tel: (617) 246-3500
Fax: (617) 246-3550

By:    s/ Jeremy J. Glenn
**Attorneys for Blue Cross Blue Shield
Long-Term Disability Benefit Plan,
a/k/a Omnibus Welfare Benefit Plan,
Kemper Nat'l Servs, Inc., Broadspire
Servs, Inc., and Sheldon Myerson,
M.D.**

Michael I. Leonard
Jeremy J. Glenn
Rachel S. Urquhart
Meckler Bulger & Tilson, LLP
123 N. Wacker Drive, Ste 1800
Chicago, IL 60606
Tel: (312) 474-7900
Fax: (312) 474-7898
        -and-
Edward S. Rooney, Jr., BBO No. 426840
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
One International Place, 18th Floor
Boston, MA 02110
Tel: (617) 342-6800

**SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

Dated:_____